Nos. 4,179 and 4,181.—JAMES W. SPRINKLE, RESPONDENT, *v.* MOSES ANDERSON ET AL., APPELLANTS.

Decided February 20, 1918.

PER CURIAM.—Upon motion of respondent, the appeals in the above causes are dismissed.

*Messrs. O'Keefe & Utter,* for Respondent.

---

No. 4,156.—JEANETTE G. WILBER, RESPONDENT, *v.* R. W. WILBER ET AL., APPELLANTS.

*Appeal from District Court of Toole County; H. H. Ewing, Judge.*

Decided February 20, 1918.

PER CURIAM.—Pursuant to motion of appellants herein, the appeal in this cause is dismissed.

*Messrs. O'Keefe & Utter,* for Appellants.

*Messrs. Stranahan & Stranahan,* for Respondent.

---

No. 4,173.—LOTTIE G. SCELZE, RESPONDENT, *v.* ROBERT G. SCELZE, APPELLANT.

*Appeal from District Court, Sweetgrass County; Albert P. Stark, Judge.*

Decided February 26, 1918.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is granted and the appeal ordered dismissed.

*Mr. A. G. Rosenbaum* and *Mr. Harry Meyer,* for Appellant.

*Messrs. Smith, Gibson & Smith* and *Mr. Frank Arnold,* for Respondent.